UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK LAMAR DIXON,

        Petitioner,        No. 11-CV-10816

vs.        Hon. Gerald E. Rosen

JOE BARRETT,

        Respondent.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on May 21, 2013

PRESENT: Honorable Gerald E. Rosen
Chief Judge, United States District Court

The Court having this date entered an Order (1) adopting the Magistrate Judge's August 4, 2010 Report and Recommendation, (2) denying Petitioner's petition for habeas corpus relief, and (3) dismissing this case,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Petitioner's petition for habeas corpus relief be, and hereby is, DENIED and accordingly, this case is DISMISSED.

Dated: May 21, 2013        s/Gerald E. Rosen
        Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 21, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135